April 8, 2005

Mr. J. Stephen Dillawn
Atwood & Associates
400 West 15th Street, Suite 700
Austin, TX 78701
Ms. Linda B. Secord
Office of the A.G., Natural Resources Division
P.O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 02-0988
 Court of Appeals Number: 03-01-00156-CV
 Trial Court Number: 481,027

Style: TEXAS NATURAL RESOURCE CONSERVATION COMMISSION
 v.
 LAKESHORE UTILITY COMPANY, INC., SENTRY TITLE COMPANY, INC., ALAN D.
 WHATLEY, AND THELMA J. WHATLEY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |